**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOHN DOE, THROUGH NEXT FRIEND JANE ROE,** | § § § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:22-cv-00590** |
| | § | |
| **SNAP, INC., BONNIE GUESS-MAZOCK, and CONROE INDEPENDENT SCHOOL DISTRICT,** | § § § § | |
| **Defendants.** | § | |

**PLAINTIFF JOHN DOE, THROUGH NEXT
FRIEND JANE ROE'S NOTICE OF APPEAL**

Plaintiff, John Doe, through next friend Jane Roe, hereby provides notice of his appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Memorandum and Order Granting Snap, Inc.'s Motion to Dismiss dated July 7, 2022 [Dkt. 42].

Respectfully submitted,

/s/ Derek Merman
Derek Merman
Attorney in Charge
Texas State Bar No. 24040110
Fed Bar No. 578113
Kane Kenney
Texas State Bar No. 24116609
Fed Bar No. 3609021
**HEARD MERMAN LAW FIRM**
4900 Fournace Place, Suite 240
Bellaire, Texas 77401
713.665.1100 Voice
713.481.7082 Facsimile
HLFpi@HeardMerman.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Derek Merman
Derek Merman