United States District Court
Southern District of Texas

**ENTERED**

September 15, 2022

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOHN DOE, THROUGH NEXT FRIEND JANE ROE, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-22-590 |
| SNAP, INC., BONNIE GUESS-MAZOCK, and CONROE INDEPENDENT SCHOOL DISTRICT, | § § § § § | |
| Defendants. | § § § | |

**ORDER**

The plaintiff moves for an order certifying the court's July 7, 2022, order of dismissal as to the claims against Snap, Inc., (Docket Entry No. 42), as a final judgment under Federal Rule of Civil Procedure 54(b). (Docket Entry No. 54).  The motion is unopposed.

The court finds that the order of dismissal as to Snap fully disposes of all claims against Snap, and that there is no reason to delay the appeal of the court's order disposing of those claims. The claims against Snap are legally distinct from those against the remaining defendants, and the resolution of the plaintiff's claims against the remaining defendants will have little to no bearing on those against Snap.  The requirements under Rule 54(b) are met.

The court grants the motion and orders that final judgment be entered with respect to the claims against Snap, as set forth in the court's July7, 2022, order.  (Docket Entry No. 42).

SIGNED on September 15, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge