# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

*September 22, 2022*

Nathan Ochsner, Clerk of Court

No. 22-20408

United States Court of Appeals
Fifth Circuit
**FILED**
August 31, 2022

Lyle W. Cayce
Clerk

JOHN DOE, *through Next Friend Jane Roe*,

*Plaintiff—Appellant*,

*versus*

SNAP, INCORPORATED, *doing business as* SNAPCHAT, L.L.C., *doing business as* SNAP, L.L.C.; BONNIE GUESS-MAZOCK; CONROE INDEPENDENT SCHOOL DISTRICT, CONROE I.S.D.,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-590

---

Before CLEMENT, SOUTHWICK, AND HIGGINSON, *Circuit Judges*.

PER CURIAM:

This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this civil rights case, Plaintiff has appealed the district court's July 7, 2022 order dismissing with prejudice all claims against defendant Snap Inc.

We have jurisdiction over appeals from final decisions of the district courts. 28 U.S.C. § 1291. Where an action involves multiple parties or claims, as in this case, an order dismissing some of the claims or defendants

No. 22-20408

is final for appellate purposes only if the district court has made an express determination that there is no just reason for delay and an express direction for the entry of judgment, *see* FED. R. CIV. P. 54(b), or certifies the case for immediate appeal pursuant to 28 U.S.C. § 1292(b). Here, the district court dismissed one defendant but left claims against the remaining defendants pending. It did not enter the certification required by either Rule 54(b) or § 1292(b). Thus, the notice of appeal filed before all claims and all parties were disposed of is premature. We are without jurisdiction over this appeal and it must be dismissed. *See Borne v. A&P Boat Rentals No. 4, Inc.*, 755 F.2d 1131, 1133 (5th Cir. 1985).

Accordingly, the appeal is DISMISSED for want of jurisdiction.

**Certified as a true copy and issued as the mandate on Sep 22, 2022**

**Attest:**  ᒍ𝘆𝘭𝘦 W. Cayce
**Clerk, U.S. Court of Appeals, Fifth Circuit**

2

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 22, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

           No. 22-20408   Doe v. Snap
                          USDC No. 4:22-CV-590

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Shawn D. Henderson, Deputy Clerk
                         504-310-7668

Cc (letter only):
    Ms. Eileen M. Ahern
    Ms. Alexa Gould
    Ms. Heather A. Kabele
    Mr. Derek Shawn Merman
    Mr. Janet L. Rushing