United States District Court
Southern District of Texas
**ENTERED**
November 02, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOHN DOE, THROUGH NEXT FRIEND JANE ROE, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. H-22-590 |
| SNAP, INC., BONNIE GUESS-MAZOCK, and CONROE INDEPENDENT SCHOOL DISTRICT, | § § § § § | |
| Defendants. | § § | |

**ORDER OF DISMISSAL**

For the reasons stated in the court's memorandum opinion, John Doe's claims against the Conroe Independent School District are dismissed with prejudice. Each party is to bear its own costs and fees. This is a final judgment as to the claims against the District.

SIGNED on November 2, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge