United States District Court
Southern District of Texas
**ENTERED**
November 02, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOHN DOE, THROUGH NEXT FRIEND JANE ROE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-22-590 |
| SNAP, INC., BONNIE GUESS-MAZOCK, and CONROE INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendants. | § § | |

**JUDGMENT**

The court previously granted Snap, Inc.'s motion to dismiss the plaintiff's complaint with prejudice. (Docket Entry No. 42). The court also granted the plaintiff's motion to certify Snap's dismissal as a final judgment under Federal Rule of Civil Procedure 54(b). (Docket Entry No. 57).

Judgment is accordingly entered in favor of Snap and against the plaintiff on all claims asserted against Snap.

SIGNED on November 2, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge

1