United States District Court
Southern District of Texas
**ENTERED**
April 21, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOHN DOE, THROUGH NEXT FRIEND JANE ROE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-22-590 |
| SNAP, INC., BONNIE GUESS-MAZOCK, and CONROE INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendants. | § § | |

**JUDGMENT**

The court previously granted the Conroe Independent School District's motion to dismiss the plaintiff's complaint with prejudice. (Docket Entry No. 64). The District has moved for the court to certify its order of dismissal, (Docket Entry No. 65), as a final judgment under Rule 54(b). (Docket Entry No. 69). The court finds that the Rule 54(b) requirements are met and that there is no just reason for delaying the entry of final judgment.

Judgment is accordingly entered in favor of the Conroe Independent School District and against the plaintiff on all claims asserted against the District. This is a final judgment.

SIGNED on April 20, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

1