# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

*December 26, 2023*

Nathan Ochsner, Clerk of Court

No. 22-20543

United States Court of Appeals
Fifth Circuit

**FILED**
June 26, 2023

Lyle W. Cayce
Clerk

JOHN DOE, THROUGH NEXT FRIEND JANE ROE,

*Plaintiff—Appellant,*

*versus*

SNAP, INCORPORATED, *doing business as* SNAPCHAT, L.L.C., *doing business as* SNAP, L.L.C.,

*Defendant—Appellee.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-590

Before HIGGINBOTHAM, GRAVES, and DOUGLAS, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Dec 26, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 26, 2023

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 22-20543    Doe v. Snap, Inc.
                      USDC No. 4:22-CV-590

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         *Dantrell Johnson*

                         By: _____
                         Dantrell L. Johnson, Deputy Clerk
                         504-310-7689

cc:
     Ms. Eileen M. Ahern
     Mr. Albert Giang
     Ms. Heather A. Kabele
     Mr. Derek Shawn Merman
     Mr. Ashley Charles Parrish
     Ms. Marcy Lynn Rothman
     Ms. Amy R. Upshaw